1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | LEON W. WEIDMAN
Assistant United States Attorney
3 | Chief, Civil Division
4 | SEKRET T. SNEED (State Bar No. 217193)
Assistant United States Attorney
5 |     Federal Building, Suite 7516
    300 North Los Angeles Street
6 |     Los Angeles, California 90012
    Telephone:   (213) 894-3551
7 |     Facsimile:   (213) 894-7819
    E-mail:      sekret.sneed@usdoj.gov
8 |
9 | Attorneys for Defendant
10 | JANET NAPOLITANO, as Secretary of the
Department of Homeland Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANK JOSEPH CARDERELLA,<br><br>Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, as Secretary of the Department of Homeland Security,<br><br>Defendant. | No. CV09-8299 R (MANx)<br><br>DECLARATION OF LINDA M. SMITHSON IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION<br><br>Date: September 20, 2010<br>Time: 10:00 a.m.<br>Ctrm: Spring Street Courthouse<br>      255 East Temple Street, Ctrm 8<br>      Los Angeles, California 90012<br><br>[Fed. R. Civ. Proc. 56; Local Rule 56-1]<br><br>Honorable Manuel L. Real |

I, Linda M. Smithson, declare as follows:

1. I am the Supervisory Human Resources Specialist at the Department of Homeland Security – Immigration and Customs Enforcement ("ICE"). I started in INS/ICE on October 1, 1989 and have held this position since April 27, 1997. As to the following facts, I know them to be true of my own knowledge, or I have gained knowledge from ICE's records, which were made at or about the time of the events recorded, and which are maintained in ICE's ordinary course of business at or near the time of the acts, conditions or events to which they relate. Any such document or record was prepared in the ordinary course of business of ICE by a person employed by ICE, who had personal knowledge of the event being recorded and had a duty to accurately record such event. I know from my prior experience that these records are accurate and trustworthy. If called as a witness, I could and would testify competently thereto, under oath.

2. ICE has no records or files relating to a 1995-1996 vacancy announcement for a Immigration and Naturalization Service ("INS") Detention Enforcement Officer ("DEO"). Moreover, based on file retention schedules for vacancy announcements during this time, any such records or files appear to have been destroyed.

3. Because ICE does not possess any records regarding the vacancy announcement at issue, ICE cannot determine how the position was advertised and which specific applicable file retention policy would have applied. During this period, however, the DEO position would have been advertised through one of three offices: Office of Personnel Management ("OPM"), INS Los Angeles Personnel Office, or INS Regional Personnel Office. If the DEO position had been advertised by OPM or the INS Regional Personnel Office, the Delegated Examining Unit Handbook, which applies to positions advertised through delegated examining open to all United States citizens, would have applied. If the DEO position had been advertised by the INS Los

Angeles Personnel Office, the MP&RP Plan, which is the merit promotion plan for bargaining unit employees, would have applied. Regardless of which office advertised the vacancy announcement and the applicable policy, however, each policy followed a two-year file retention schedule for vacancy announcements.

    4.    Since the relevant vacancy announcement occurred in 1995-1996, these records are past the two-year retention schedule under any of the applicable policies and appear to have been destroyed in accordance with that schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this __17__th day of August 2010.

_____
LINDA M. SMITHSON