ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SEKRET T. SNEED (State Bar No. 217193)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3551
    Facsimile:  (213) 894-7819
    E-mail:  sekret.sneed@usdoj.gov

Attorneys for Defendant
JANET NAPOLITANO, as Secretary of the
Department of Homeland Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANK JOSEPH CARDERELLA,<br><br>    Plaintiff,<br><br>    v.<br><br>JANET NAPOLITANO, as Secretary of the Department of Homeland Security,<br><br>    Defendant. | No. CV09-8299 R (MANx)<br><br>DECLARATION OF ROBERT L. TURNER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION<br><br>Date: September 20, 2010<br>Time: 10:00 a.m.<br>Ctrm: Spring Street Courthouse<br>      255 East Temple Street, Ctrm 8<br>      Los Angeles, California 90012<br><br>[Fed. R. Civ. Proc. 56; Local Rule 56-1]<br><br>Honorable Manuel L. Real |

I, Robert L. Turner, declare as follows:

1. I am the Human Resources Specialist at the Department of Homeland Security – Immigration and Customs Enforcement ("ICE"). I have held this position since September 9, 2001. As to the following facts, I know them to be true of my own knowledge, or I have gained knowledge from ICE's records, which were made at or about the time of the events recorded, and which are maintained in ICE's ordinary course of business at or near the time of the acts, conditions or events to which they relate. Any such document or record was prepared in the ordinary course of business of ICE by a person employed by ICE, who had personal knowledge of the event being recorded and had a duty to accurately record such event. I know from my prior experience that these records are accurate and trustworthy. If called as a witness, I could and would testify competently thereto, under oath.

2. Attached hereto as Exhibit A is a true and correct copy of plaintiff Frank Joseph Carderella's Application for Federal Employment-SF 171 for the position of immigration inspector dated November 20, 1995.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 18 th day of August 2010.

*/s/ Robert L. Turner*
ROBERT L. TURNER

# EXHIBIT A

# Application for Federal Employment—SF 171

Read the instructions before you complete this application. *Type or print clearly in dark ink.*

Form Approved
OMB No. 3206-0012

## GENERAL INFORMATION

**1** What kind of job are you applying for? *Give title and announcement no (if any)*
IMMIGRATION INSPECTOR, GS-1816-5/7
MP & RP-95-SYS-255

**2** Social Security Number: [redacted]

**3** Sex: [X] Male  [ ] Female

**4** Birth date (Month, Day, Year): [redacted]-57

**5** Birthplace (City and State or Country): Long Beach, California

**6** Name (Last, First, Middle): CARDERELLA, FRANK JOSEPH

Mailing address (include apartment number, if any): [redacted]
City: [redacted]   State: [redacted]   ZIP Code: [redacted]

**7** Other names ever used (e.g., maiden name, nickname, etc.)

**8** Home Phone — Area Code: [redacted]  Number: [redacted]

**9** Work Phone — Area Code: 310  Number: 831-8961  Extension: 410

**10** Were you ever employed as a civilian by the Federal Government? If "NO", go to Item 11. If "YES", mark each type of job you held with an "X".

[ ] Temporary  [ ] Career-Conditional  [X] Career  [ ] Excepted

What is your highest grade, classification series and job title?
GS-11/1
CASE MANAGER
Dates at highest grade FROM 4/95 TO present

## AVAILABILITY

**11** When can you start work? (Month and Year): 12/95

**12** What is the lowest pay you will accept? (You will not be considered for jobs which pay less than you indicate.) Pay $ ____ per ____ OR Grade 5/7

**13** In what geographic area(s) are you willing to work?
SAN DIEGO - SAN YSIDRO, CALIFORNIA

**14** Are you willing to work:

| | YES | NO |
|---|---|---|
| A. 40 hours per week (full-time)? | X | |
| B. 25-32 hours per week (part-time)? | | X |
| C. 17-24 hours per week (part-time)? | | X |
| D. 16 or fewer hours per week (part-time)? | | X |
| E. An intermittent job (on-call/seasonal)? | | X |
| F. Weekends, shifts, or rotating shifts? | X | |

**15** Are you willing to take a temporary job lasting:

| | YES | NO |
|---|---|---|
| A. 5 to 12 months (sometimes longer)? | X | |
| B. 1 to 4 months? | X | |
| C. Less than 1 month? | X | |

**16** Are you willing to travel away from home for:

| | YES | NO |
|---|---|---|
| A. 1 to 5 nights each month? | X | |
| B. 6 to 10 nights each month? | X | |
| C. 11 or more nights each month? | X | |

## MILITARY SERVICE AND VETERAN PREFERENCE

**17** Have you served in the United States Military Service? If your only active duty was training in the Reserves or National Guard, answer "NO". If "NO", go to item 22.   YES [ ]  NO [X]

**18** Did you or will you retire at or above the rank of major or lieutenant commander.

### FOR USE OF EXAMINING OFFICE ONLY

Date entered register | Form reviewed Form approved.

| Option | Grade | Earned Rating | Veteran Preference | Augmented Rating |
|---|---|---|---|---|
| | | | [ ] No Preference Claimed | |
| | | | [ ] 5 Points (Tentative) | |
| | | | [ ] 10 Pts (30% Or More Comp Dis) | |
| | | | [ ] 10 Pts (Less Than 30% Comp Dis) | |
| | | | [ ] Other 10 Points | |

Initials and Date     [ ] Disallowed  [ ] Being Investigated

### FOR USE OF APPOINTING OFFICE ONLY

Preference has been verified through proof that the separation was under honorable conditions, and other proof as required

[ ] 5 Point  [ ] 10 Point 30% or More Compensable Disability  [ ] 10 Point - Less Than 30% Compensable Disability  [ ] 10-Point—Other

Signature and Title

Agency _____  Date _____

## MILITARY SERVICE AND VETERAN PREFERENCE (Cont.)

**19** Were you discharged from the military service under honorable conditions? (If your discharge was changed to "honorable" or "general" by a Discharge Review Board, answer "YES". If you received a clemency discharge, answer "NO".) If "NO", provide below the date and type of discharge you received.   YES [ ]  NO [ ]

| Discharge Date (Month, Day, Year) | Type of Discharge |
|---|---|
| | |

**20** List the dates (Month, Day, Year), and branch for all active duty military service.

| From | To | Branch of Service |
|---|---|---|
| | | |

**21** If all your active military duty was after October 14, 1976, list the full names and dates of all campaign badges or expeditionary medals you received or were entitled to receive.

**22** Read the instructions that came with this form before completing this item. When you have determined your eligibility for veteran preference from the instructions, place an "X" in the box next to your veteran preference claim.

[X] NO PREFERENCE
[ ] 5-POINT PREFERENCE — You must show proof when you are hired.
[ ] 10-POINT PREFERENCE — If you claim 10-point preference, place an "X" in the box below next to the basis for your claim. To receive 10-point preference you must also complete a Standard Form 15, Application for 10-Point Veteran Preference, which is available from any Federal Job Information Center. ATTACH THE COMPLETED SF 15 AND REQUESTED PROOF TO THIS APPLICATION.

[ ] Non-compensably disabled or Purple Heart recipient
[ ] Compensably disabled, less than 30 percent.
[ ] Spouse, widow(er), or mother of a deceased or disabled veteran.
[ ] Compensably disabled, 30 percent or more.

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE UNTIL 12-31-90

NSN 7540-00-935-7150    171-109

Standard Form 171 (Rev 6-88)
U.S. Office of Personnel Management
FPM Chapter 295

Page 1

This is an 'official' document generated from the EHRI eOPF system.

US000236

## Amendment to Application for Federal Employment

12/21/95  PMFA  SNS

RECEIVED
PERSONNEL - INS/SND
NOV 2 4 1995

Read the instructions before you complete this amendment. Type or print clearly in dark ink.

- You may use this form to update your Application for Federal Employment (SF 171) if you have had 2 or fewer new jobs since you completed your last SF 171
- You must submit a new SF 171 if you have previously updated your application or have three or more new jobs
- Federal agencies must accept your previously completed SF 171 as current when this form or a signed photocopy is attached.

**1** Reason for updating SF 171 (Check one)
[X] To update my SF 171 for (Indicate position title or announcement number): IMMIGRATION INSPECTOR MP&RP-95-SYS-255
[ ] To update the SF 171 in my Official Personnel Folder
[ ] To update the attached SF 171
[ ] As requested
LANGUAGE APPLICANT

**2** Name (Last, First, Middle)
Carderella, Frank Joseph
Mailing Address (include apartment number, if any)
[redacted]
City [redacted]  State [redacted]  ZIP Code [redacted]

**3** Birth date (Month, Day, Year): [redacted]-57
**4** Social Security Number: [redacted]

**5** What is the lowest pay or grade you will accept? (You will not be considered for jobs which pay less than you indicate)
Pay $____ per ____  OR Grade GS-5/7

**6** Name on SF 171 being amended, if different from 2

**7** May we ask your present employer about your character, qualifications, and work record? A "NO" will not affect our review of your qualifications. If you answer "NO", and we need to contact your present employer before we can offer you a job, we will contact you first.
YES [ ]  NO [X]

### WORK EXPERIENCE — If you have no new work experience, write "NONE" in A below and go to 9 on the back.

**8** • Describe your current or most recent job or volunteer experience in Block A and work backwards, describing up to 2 periods of experience not on your SF 171
• If you were unemployed for longer than 3 months, list the dates and your address(es) at that time in 10.

**A** Name and address of employer's organization (include ZIP Code, if known)
U.S. Department of Justice
Federal Bureau of Prisons
1299 Seaside Avenue
San Pedro, CA  90731

Dates employed: From 3/94  To present
Salary or earnings: Starting $37,265 per year  Ending $39,782 per
Average number of hours per week: 40
Number of employees you supervise: 6
Your reason for wanting to leave: Federal law enforcement opportunity

Your immediate supervisor Name: Lorri Mickelson
Area Code/Telephone No: [redacted]
Exact title of your job: CASE MANAGER
If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion: GS-11/1 - April 1995

Description of work:

In my position as a Case Manager, I am required to plan, design and coordinate a program for each individual inmate assigned to my case load from admission to release. I am required to become certified in the following areas: classification materials, program reviews, progress reports, correspondence, intake screening (interviewing), release planning, central files, sentry, UDC, CIMS, U.S. Parole Commission procedures, and other materials relating to an inmate's confinement. I must also serve as a liaison between the inmate, the administration and the community.

I am required to become certified in both UDC (Unit Disciplinary Committee), and CIMS (Central Inmate Monitoring System). As a UDC chair-person, I am required to conduct informal hearings and reviews of incidents or prohibited acts that have occurred within the institution. If the UDC determines that the inmate is in violation of institutional policy, the committee must impose appropriate sanctions (disciplinary action). I am also required to monitor and provide policy application for special cases (CIMS) that warrant special management. When unusual or extreme circumstances exist, the close monitoring of CIM cases will ensure the safety of the inmate and staff.

I have gained experience through conducting interviews in the Spanish and Italian languages. I am in constant contact with inmates (illegal aliens), who require the assistance of a translator. I am also required to organize and prepare documents for aliens who are eligible for treaty transfers under the agreement between Mexico and the United States.

For Agency Use (skill codes, etc.)

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE   NSN 7540-00-142-8756   172-106
Standard Form 172 (Rev 6-88)
U.S. Office of Personnel Management
FPM Chapter 295

This is an 'official' document generated from the EHRI eOPF system.

US000237

**B**

| Name and address of employer's organization (include ZIP Code, if known) | Dates employed (give month, day and year) | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|
| U.S. Department of Justice<br>Federal Bureau of Prisons<br>1299 Seaside Avenue<br>San Pedro, CA 90731 | From 9/93 To present | 12 | 0 |
| | Salary or earnings<br>Starting $ per<br>Ending $ per | Your reason for leaving<br>Federal law enforcement opportunity | |

| Your immediate supervisor | Exact title of your job | If Federal employment (civilian or military) list series, grade or rank and, if promoted in this job, the date of your last promotion |
|---|---|---|
| Name Lieutenant, Kevin Laber | Special Operations Response Team | Collateral Duty |

Description of work. Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each

As a member of the Special Operations Response Team, I am required to be technically qualified and demonstrate proficiency in the following areas: weapons, diversionary devices, rappelling, security hardware, locking systems, cutting torch, riot control, tactical planning (blue print reading), and first aid. I am required to maintain a high level of physical efficiency in areas that include: a one mile run, rappelling for time, and obstacle course run. SORT members must satisfy all physical qualifications on a monthly basis, and weapons qualifications on a quarterly basis. I am required to be on-call (24Hrs), and prepared for deployment in emergency situations in federal correctional institutions or civil disturbances. SORT is specifically designed to equip federal correctional institutions with a flexible and effective response to unconventional and high-risk situations.

**For Agency Use (skill codes, etc.)**

**OTHER CHANGES OR ADDITIONS AND ADDITIONAL SPACE**

9. Does any other information on your SF 171 need updating (for example, telephone number, education, or special skills)?   YES · Provide updated information in 10.   NO · Go to 11 and 12.

10. Write the number to which each answer applies. If you need more space, use sheets of paper the same size as this page. On each sheet write your name and Social Security Number. Attach all sheets to this form

**SIGNATURE, CERTIFICATION, AND RELEASE OF INFORMATION** *For Privacy Act Statement, See SF 171*

## YOU MUST SIGN THIS APPLICATION. Read the following carefully before you sign.

- A false statement on any part of your application may be grounds for not hiring your, or for firing you after you begin work. Also, you may be punished by fine or imprisonment (U.S. Code, title 18, section 1001).
- I understand that any information I give may be investigated as allowed by law or Presidential order
- I consent to the release of information about my ability and fitness for Federal employment by *employers, schools, law enforcement agencies and other individuals and organizations, to investigators, personnel staffing specialists, and other authorized employees of the Federal Government.*
- I certify that, to the best of my knowledge and belief, all of my statements are true, correct, complete, and made in good faith.

| 11 SIGNATURE *(Sign in dark ink)* | 12 DATE SIGNED *(Month, day, year)* |
|---|---|
| *Frank Cardarella* | 11-20-95 |

☆U S. GPO 1991-281-782/40039

SF 172 (BACK) (Rev 6-88)

This is an 'official' document generated from the EHRI eOPF system.

US000238

**WORK EXPERIENCE** *If you have no work experience, write "NONE" in A below and go to 25 on page 3.*

**23** May we ask your present employer about your character, qualifications, and work record? A "NO" will not affect our review of your qualifications. If you answer "NO" and we need to contact your present employer before we can offer you a job, we will contact you first. . . . .   YES | NO: X

**24** READ WORK EXPERIENCE IN THE INSTRUCTIONS BEFORE YOU BEGIN.

- Describe your current or most recent job in Block A and work backwards, describing each job you held during the past 10 years. If you were unemployed for longer than 3 months within the past 10 years, list the dates and your address(es) in an experience block
- You may sum up in one block work that you did more than 10 years ago. But if that work is related to the type of job you are applying for, describe each related job in a separate block
- INCLUDE VOLUNTEER WORK (non-paid work)--If the work (or a part of the work) is like the job you are applying for, complete all parts of the experience block just as you would for a paying job. You may receive credit for work experience with religious, community, welfare, service, and other organizations.
- INCLUDE MILITARY SERVICE--You should complete all parts of the experience block just as you would for a non-military job, including all supervisory experience. Describe each major change of duties or responsibilities in a separate experience block
- IF YOU NEED MORE SPACE TO DESCRIBE A JOB--Use sheets of paper the same size as this page (be sure to include all information we ask for in A and B below). On each sheet show your name, Social Security Number, and the announcement number or job title
- IF YOU NEED MORE EXPERIENCE BLOCKS, use the SF 171-A or a sheet of paper
- IF YOU NEED TO UPDATE (ADD MORE RECENT JOBS), use the SF 172 or a sheet of paper as described above

**A** Name and address of employer's organization (include ZIP Code, if known)
U.S. Department of Justice
Federal Bureau of Prisons
1299 Seaside Avenue
San Pedro, CA 90731-0207

Dates employed: From: 6/91 To: 3/94
Average number of hours per week: 40
Number of employees you supervise:

Salary or earnings
Starting $ 23,336 per year
Ending $ 31,620 per year

Your reason for wanting to leave: Promotional opportunity

Your immediate supervisor Name: Robert Roberts
Area Code | Telephone No
Exact title of your job: CORRECTIONAL OFFICER
If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion: GS-7/4 SENIOR OFFICER 12/15/94

Description of work:

Enforcement of the rules and regulations governing the operation of a correctional institution (ie, confinement, safety, health and protection of inmates and staff members). Other duties included: working armed perimeter posts (towers and mobile patrols), armed escort (air lifts, hospital, funeral) in conjunction with other law enforcement agencies, working high security areas that require the monitoring, and positive identification of all individuals entering or leaving the institution. This work also requires me to work independently with constant exposure to the public, which also requires excellent public relations skills.

I was also assigned to work with the Special Investigative Agent, translating written materials and tapes in the Italian language. Immediate supervisors included: SIA Lieutenant, John Sautter, SIS Lieutenant, Brian Heilman, and SIS Tech/Senior Officer Specialist, Steve Jaso. I was also utilized as a Spanish translator for lieutenants and custody staff during interviews, in order to obtain information as part of an investigation.

**B** Name and address of employer's organization (include ZIP Code, if known)
Javelin Electronics
19831 Magellan Drive
Torrance, CA 90502

Dates employed: From: 4/90 To: 10/90
Average number of hours per week: 40
Number of employees you supervised:

Salary or earnings
Starting $ 1,440 per month
Ending $ 1,440 per month

Your reason for leaving: Federal law enforcement opportunity

Your immediate supervisor Name: Al Wulcosky
Area Code | Telephone No
Exact title of your job: Shipping and Receiving
If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion:

Description of work:

My responsibilities as a shipping, receiving and stock clerk included: the filling of sales orders, the preparation of merchandise (security systems) for shipment, computerized receiving and inventory control and warehouse (departmental) distribution of parts to engineering and production line personnel. I was also able to become State (California) certified as a forklift operator, through a class payed for by the company.

**Page 2**   IF YOU NEED MORE EXPERIENCE BLOCKS, USE SF 171-A *(SEE BACK OF INSTRUCTION PAGE).*

This is an 'official' document generated from the EHRI eOPF system.

US000239

# Standard Form 171-A—Continuation Sheet for SF 171

- Attach all SF 171-A's to your application at the top of page 3.

Form Approved:
OMB No. 3206-0012

**1. Name** (Last, First, Middle)
Carderella, Frank Joseph

**2. Social Security Number**

**3. Job Title or Announcement Number You Are Applying For**
IMMIGRATION INSPECTOR GS-1816-5/7

**4. Date Completed**

## ADDITIONAL WORK EXPERIENCE BLOCKS IF NEEDED

### C

**Name and address of employer's organization** (include ZIP Code if known)
Orange Coast Movers
12731 Wynaut Drive
Garden Grove, CA 92641

**Dates employed** (give month and year)
From 10/89 To 2/90

**Salary or earnings**
Starting $ 10.00 per hour
Ending $ 10.00 per hour

**Average number of hours per week**
25

**Place of employment**
City Garden Grove
State California

**Exact title of your job**
Warehouseman
Delivery and Distribution

**Your immediate supervisor Name**
Rick Rice

**Area Code   Telephone Number**

**Number and job titles of any employees you supervised**

**Kind of business or organization** (manufacturing, accounting, social service, etc.)
Music Retail

**If Federal employment (civilian or military) list series, grade or rank and the date of your last promotion**

**Your reason for leaving**
To take full-time warehouse position

**Description of work:** Describe your specific duties, responsibilities and accomplishments in this job. If you describe more than one type of work (for example carpentry and painting) or personnel and budget) write the approximate percentage of time you spent doing each

My duties as a warehouseman included: Shipping and receiving, which included, the preparation of merchandise (pianos and organs) for shipment; receiving, that included, stocking and inventory control. Approximately 40% of my time was spent in the warehouse portion of this job. Residential deliveries and distribution to retail outlets included: Local Southern California and Northern California areas; along with some interstate distribution. Forklift operation and bobtail truck driving were requisites for this position.

### D

**Name and address of employer's organization** (include ZIP Code if known)
Castiglione Della Pescaia Baseball Club
Via Novembre #2
58043 Castiglione Della Pescaia, Italy

**Dates employed** (give month and year)
From 4/89 To 9/89

**Salary or earnings**
Starting $ 1,500 per month
Ending $ 1,500 per month

**Average number of hours per week**
25

**Place of employment**
City Castiglione
State Italy

**Exact title of your job**
Assistant Coach

**Your immediate supervisor Name**
Giorgio Sonnini

**Area Code   Telephone Number**

**Number and job titles of any employees you supervised**
75

**Kind of business or organization** (manufacturing, accounting, social service, etc.)
Professional Baseball

**If Federal employment (civilian or military) list series, grade or rank, and the date of your last promotion**

**Your reason for leaving**
End of season

**Description of work:** Describe your specific duties, responsibilities and accomplishments in this job. If you describe more than one type of work (for example carpentry and painting) or personnel and budget) write the approximate percentage of time you spent doing each

I returned to Italy in April, to take a part-time coaching position with the Castiglione Della Pescaia Baseball Organization. I worked as a roving instructor with the Series-B and Series-C clubs, giving one-on-one instruction on hitting and infield play. 1989, marked my 8th year of playing and coaching professional baseball in Italy. As a second job, I instructed foreign students in English, as a private tutor. Teaching time averaged between 10 and 15 hours per week.

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

This is an official document generated from the EHRI eOPF system.

※ USGPO: N- 181-247/40160

Standard Form 171-A (Rev)
Office of Personnel Management
FPM Chapter 295

# Standard Form 171-A—*Continuation Sheet for SF 171*

• Attach all SF 171-A's to your application at the top of page 3.

Form Approved
OMB No. 3206-0012

**1 Name** (Last, First, Middle Initial)
Carderella, Frank Joseph

**2 Social Security Number**
[redacted]

**3 Job Title or Announcement Number You Are Applying For**
IMMIGRATION INSPECTOR GS-1816-5/7

**4. Date Completed**

## ADDITIONAL WORK EXPERIENCE BLOCKS

**E**

Name and address of employer's organization (include ZIP Code if known)
American Organ Service
3200 E. Airport Way
Long Beach, CA 90806

Dates employed (give month, day and year)
From: 10/88  To: 4/89

Salary or earnings
Starting $1,500 per Month
Ending $1,500 per Month

Average number of hours per week: 47
Number of employees you supervised: 15

Your reason for leaving: To coach professional baseball in Italia

Your immediate supervisor Name: Tom Springton
Area Code: Telephone No.: [redacted]
Exact title of your job: Traffic Manager / Warehouse Supervisor

Description of work:

I returned to work for American Organ Service in May of 1988. After finishing school, I was contacted by the firm and offered the chance to resume my previous position as Warehouseman. I worked in this position until October of 1988, when I was then offered the position as, Traffic Manager and Warehouse Supervisor. As Warehouse Supervisor, I was responsible for the shipping and receiving of merchandise; in addition to, inventory control and personnel management for a major retail firm. I received experience in the field of national transportation, through the shipping of merchandise across various parts of the United States, through national common carrier companies. I also received data entry training, for inventory control purposes; in addition to, the responsibility for the management of (15) warehouse personnel.

**F**

Name and address of employer's organization (include ZIP Code if known)
American Organ Service
3200 E, Airport Way
Long Beach, CA 90806

Dates employed (give month, day and year)
From: 10/87  To: 1/88

Salary or earnings
Starting $1,040 per Month
Ending $1,040 per Month

Average number of hours per week: 40
Number of employees you supervised:

Your reason for leaving: Returned to school

Your immediate supervisor Name: Ray Holmes
Area Code: Telephone No.: [redacted]
Exact title of your job: Warehouseman

Description of work:

My responsibilities as a Warehouseman consisted of: Working in the shipping and receiving department; to include, preparing merchandise for delivery (organs and pianos), and the receiving and stocking of merchandise. I received training in the operation of a forklift, which enabled me to become eligible for certification. Approximately 30% of my time was spent in computer data processing, used in inventory control. Based on my performance and skills, after I returned to school, I was contacted by the company and asked to return and soon after, I was promoted to the position of: Traffic Manager and Warehouse Supervisor.

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE is an 'official' document generated from the EHRI eOPF system.

Standard Form 171-A (Rev 6-88)
U.S. Office of Personnel Management
FPM Chapter 295

US000241

# Standard Form 171-A—Continuation Sheet for SF 171

Attach all SF 171-A's to your application at the top of page 3.

Form Approved
OMB No. 3206-0012

**1. Name** (Last, First, Middle Initial)
Carderella, Frank Joseph

**2. Social Security Number**

**3. Job Title or Announcement Number You Are Applying For**
IMMIGRATION INSPECTOR GS-1816-5/7

**4. Date Completed**

## ADDITIONAL WORK EXPERIENCE BLOCKS

**G**

Name and address of employer's organization (include ZIP Code, if known)
Arsenal's Baseball Club
Via Degli Alpini #7
37100 Verona, Italia

Dates employed: From: 3/87 To: 9/87
Salary or earnings: Starting $2,100 per Month; Ending $2,400 per Month
Average number of hours per week: 35
Number of employees you supervised: 25
Your reason for leaving: End of season

Your immediate supervisor Name: Laerte Panarotto
Exact title of your job: Professional Baseball

Description of work:
1987 marked the seventh year that I played professional baseball in Italia, and was my first year playing in the city of Verona, in Northern Italia. I was designated as player-coach in June, after the club dismissed the head coach. It then became my responsibility to oversee all field operations; in addition to, coordination of schedules and travel for the Verona organization.

**H**

Name and address of employer's organization (include ZIP Code, if known)
United Parcel Service
13233 E. Moore Street
Cerritos, CA 90714

Dates employed: From: 11/86 To: 1/87
Salary or earnings: Starting $800.00 per Month; Ending $800.00 per Month
Average number of hours per week: 30
Your reason for leaving: To play professional baseball in Italia

Your immediate supervisor Name: Mike Martin
Exact title of your job: Hubperson

Description of work:
1986 marked the fifth consecutive year of working for United Parcel Service, at the Cerritos Hub. Work duties included: The loading and unloading of postal trucks (trailers and containers) ranging from 28 to 48 feet in length. I was expected to work within specified time limits for loading and unloading; along with, maintaining a high out-put volume level for four to six hour shifts. I was rated on time, speed and efficiency, at maximum volume levels during the Christmas Season and received a (one-rehire, status-rating), for the fifth consecutive year. I consider this to be a good work accomplishment, being a five-time rehire for a company with high work standards and the nation's highest turnover rate of personnel.

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER   This is an official document generated from the EHRI eOPF system.

Standard Form 171-A (Rev 6-88)
US Office of Personnel Management

US000242

# Standard Form 171-A—Continuation Sheet for SF 171

• Attach all SF 171-A's to your application at the top of page 3.

**1. Name** (Last, First, Middle Initial)
Carderella, Frank Joseph

**2. Social Security Number** [redacted]

**3. Job Title or Announcement Number You Are Applying For**
IMMIGGRATION INSPECTOR GS-1816-5/7

**4. Date Completed** [redacted]

## ADDITIONAL WORK EXPERIENCE BLOCKS

**I.** Name and address of employer's organization:
Lafayette, Inc.
4259 22nd Street West
Seattle, WA 98199

Dates employed: From: 6/86 To: 10/86
Salary: Starting $2,250 per Month; Ending $2,250 per Month
Average hours per week: 80
Your reason for leaving: End of season

Your immediate supervisor: Jeff Hamiliton
Exact title of your job: Deckhand, Processor

Description of work:
In the summer of 1986, I worked aboard a salmon processing ship in Alaska, and along the Western Canadian Coast, in the North Pacific Ocean. My job assignment consisted of: Working at the various stations on a processing line, and the preparing and packaging of salmon for shipment. As a promotion, I was chosen to be trained as a salmon grader, which is the mainstay of the processing line. Deckhand duties included: Working as a crane operator and signalman; in the loading and unloading of various cargo materials, and assisting in the general maintenance and upkeep of the ship. Working conditions were sometimes hazardous; the turbulent, unstable weather of the North Pacific and working around heavy machinery and equipment. We were required to work rigorous, 18-hour shifts; in addition to, being out at sea for four months.

**J.** Name and address of employer's organization:
United Parcel Service
13233 E. Moore Street
Cerritos, CA 90714

Dates employed: From: 11/85 To: 1/86
Salary: Starting $800.00 per Month; Ending $800.00 per Month
Average hours per week: 30
Your reason for leaving: To play professional baseball in Italia

Your immediate supervisor: Mike Martin
Exact title of your job: Hubperson

Description of work:
Work duties included: The loading and unloading of postal trucks (trailers and containers), ranging from 28 to 48 feet in length. I was expected to work within specified time limits for loading and unloading; along with, maintaining a high out-put volume level from four to six hour shifts. I was rated on time, speed and efficiency, at maximum volume levels during the Christmas Season and received a (one-hire, status-rating), for the fourth consecutive year.

This is an 'official' document generated from the EHRI eOPF system.

Standard Form 171-A Rev 6-88

US000243

─── ATTACH ANY ADDITIONAL FORMS AND SHEETS HERE ───

### EDUCATION

**25** Did you graduate from high school? If you have a GED h[igh sc]hool equivalency or will graduate within the next nine months answer "YES"

YES [X]  If "YES" give month and year of graduation  6/75
NO [ ]   If "NO" give the highest grade you completed _____

**26** Write the name and locatio[n (cit]y and state) of the last high school you attended
David Starr Jordan High School
6500 Atlantic Ave, Long Beach, CA 90805

**27** Have you ever attended college or graduate school?
YES [X]  If "YES" continue with 28
NO [ ]   If "NO", go to 31

**28** NAME AND LOCATION (city state and ZIP code) OF COLLEGE OR UNIVERSITY  If you expect to graduate within nine months give the month and year you expect to receive your degree

| NAME AND LOCATION | MONTH AND YEAR ATTENDED From | To | NO OF CREDITS COMPLETED Semester Hours OR Quarter Hours | TYPE OF DEGREE (e.g. BA MA) | YEAR OF DEGREE |
|---|---|---|---|---|---|
| 1) Long Beach City College, 4901 E. Carson Street, LB, CA 90808 | 6/75 | 6/77 | 120 | AA | 1977 |
| 2) Cal State University, Long Beach, 1250 Bellflower Blvd, LB, CA 90804 | 8/77 | 5/88 | 120 | BA | 1988 |
| 3) Cal State University, Long Beach, 1250 Bellflower Blvd, LB, CA 90804 | 9/90 | 5/92 | 36 | MS | 1992 |

**29** CHIEF UNDERGRADUATE SUBJECTS — Show major on the first line

| Subject | NO OF CREDITS COMPLETED Semester Hours OR Quarter Hours |
|---|---|
| 1) Physical Education | 120 |
| 2) | |
| 3) | |

**30** CHIEF GRADUATE SUBJECTS — Show major on the first line

| Subject | NO OF CREDITS COMPLETED Semester Hours OR Quarter Hours |
|---|---|
| 1) Criminal Justice | 36 |
| 2) | |
| 3) | |

**31** Have you completed any other courses or training related to the kind of jobs you are applying for (for example trade vocational, Armed Forces or business)?  YES [X]  NO [ ]
If "YES" give the information requested below. (More courses?—Use a sheet of paper)
If "NO" go to 32

| MONTH AND YEAR TRAINING COMPLETED | TOTAL CLASSROOM HOURS | SUBJECT(S) | NAME AND LOCATION OF SCHOOL (City state and ZIP code if known) | CERTIFICATE DIPLOMA etc (if any) |
|---|---|---|---|---|
| 1) 6/77 | 45 | First Aid and Safety Lifesaving and (CPR) | Long Beach City College, 4901 E. Carson St., LB, CA 90808 | Cert |
| 2) 3/94 | 3 | Heartsaver Course B | Annual training course & certification through the Bureau of Prisons. | Cert |
| 3) | | | | |

### SPECIAL SKILLS, ACCOMPLISHMENTS AND AWARDS

**32** List your special qualifications skills or accomplishments that may help you get a job  Some examples are skills with machines, most important publications (do not submit copies) public speaking and writing experience  membership in professional or scientific societies  patents or inventions  etc

Computer (Word Perfect 5.1/Sentry - Dept of Justice); Typewriter; Adding Machine; and Xerox. Forklift Operator certification; Crane; Bobtail (truck); and Skiploader. Inventory control and personnel management for a national retail firm. Team management, assignment of personnel and scheduling for a professional sports organization.

**33** How many words per minute can you  TYPE? 25  TAKE DICTATION? -----
Agencies may test your skills before hiring you

**34** List job-related licenses or certificates that you have such as registered nurse lawyer radio operator drivers pilots etc

| LICENSE OR CERTIFICATE | DATE OF LATEST LICENSE OR CERTIFICATE | STATE OR OTHER LICENSING AGENCY |
|---|---|---|
| 1) Drivers License | 3/13/94 | California |
| 2) Forklift Operator | 5/17/90 | California |

**35** Do you speak or read a language other than English (include sign language)?  YES [X]  NO [ ]
Applicants for jobs that require a language other than English may be given an interview conducted solely in that language
If "YES" list each language and place an "X" in each column that applies to you
If "NO" go to 36

| LANGUAGE(S) | CAN PREPARE AND GIVE LECTURES Fluent / With Difficulty | CAN SPEAK AND UNDERSTAND Fluent / Passably | CAN TRANSLATE ARTICLES Into English / From English | CAN READ ARTICLES FOR OWN USE Easily / With Difficulty |
|---|---|---|---|---|
| 1) Italian | X | X | X   X | X |
| 2) Spanish | X | X | X   X | X |

**36** List any honors awards or fellowships you have received  For each give the year it was received

High School All League & All City - 1975            All Star (National Team) Italy 1983-84
Team Award (Hardest Worker) LBCC - 1976             2nd Team All Southern Cal Tournament - 1980
Baseball Scholarship, CSULB - 1978-79               All League & All State Honorable Mention - 1977
R.E.T.E. Award, Grosseto, Italy - 1981, 1993        European Gold Medal, National Team - 1983

### REFERENCES

**37** List three people who are not related to you and who know your qualifications and fitness for the kind of jobs for which you are applying  Do not list supervisors you listed under 24

| FULL NAME OF REFERENCE | PRESENT BUSINESS OR HOME ADDRESS (Number street city state and ZIP code) | TELEPHONE NUMBER(S) (Include area code) | BUSINESS OR OCCUPATION |
|---|---|---|---|
| 1) Ken McCarren | [redacted] | [redacted] | Police Officer |
| 2) Bill Chamberlain | [redacted] | [redacted] | Secret Service Special Agent |
| 3) Jason Hudson | [redacted] | [redacted] | LA County Lifeguard |

This is an 'official' document generated from the EHRI eOPF system.

US000244

**BACKGROUND INFORMATION**—*You must answer each question in this section before we can process your application*

Place an "X" in the proper column for each question, below

| # | Question | YES | NO |
|---|---|---|---|
| 38 | Are you a citizen of the United States? If "NO" write the country or countries you are a citizen of. | X | |

*Important note about questions 39 through 44: We will consider the date, facts, and circumstances of each event you list. In most cases you can still be considered for Federal jobs. However, if you fail to tell the truth or fail to list all relevant events, this failure may be grounds for not hiring you, for firing you after you begin work, or for criminal prosecution [18 USC 1001]*

39. During the last 10 years, were you fired from any job for any reason, did you quit after being told that you would be fired, or did you leave by mutual agreement because of specific problems? If "YES", use 47 to write for each job a) the name of the employer, b) the approximate date you left the job, and c) the reason(s) why you left — **X** (NO)

*When answering questions 40 through 44 you may omit: 1) traffic fines of $100.00 or less; 2) any violation of law committed before your 18th birthday, if finally decided in juvenile court or under a youth offender law; 3) any conviction set aside under the Federal Youth Corrections Act or similar State law; 4) any conviction whose record was expunged under Federal or State law*

40. Have you ever been convicted of or forfeited collateral for any felony? — **X** (NO)
*A felony is defined as any violation of law punishable by imprisonment of longer than one year, except for violations called misdemeanors under State law which are punishable by imprisonment of two years or less*

41. Have you ever been convicted of or forfeited collateral for any firearms or explosives violation? — **X** (NO)

42. During the last 10 years have you forfeited collateral, been convicted, been imprisoned, been on probation, or been on parole? Do *not* include violations reported in 40 or 41 above — **X** (NO)

43. Are you now under charges for any violation of law? — **X** (NO)

44. Have you ever been convicted by a **court-martial**? If no military service, answer "NO" — **X** (NO)

*IF YOU ANSWERED "YES" TO 40, 41, 42, 43, or 44, GIVE DETAILS IN 47. For each violation write the 1) date, 2) charge, 3) place 4) court, and 5) action taken*

45. Do any of your relatives work for the United States Government or the United States Armed Forces? Include *father, mother, husband, wife, son, daughter, brother, sister, uncle, aunt, first cousin, nephew, niece, father-in-law, mother-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, stepfather, stepmother, stepson, stepdaughter, stepbrother, stepsister, half brother and half sister*
If "YES" use 47 to write for each of these relatives their a) name b) relationship, c) department, agency, or branch of the Armed Forces. — **X** (NO)

46. Do you receive or have you ever applied for retirement pay, pension, or other pay based on military, Federal civilian or District of Columbia Government service? — **X** (NO)

**ADDITIONAL SPACE FOR ANSWERS**

47. Write the number to which each answer applies. If you need more space, use sheets of paper the same size as this page. On each sheet write your name, Social Security Number, and the announcement number or job title. Attach all additional sheets at the top of page 3.

```
No. 24  (3/86 - 5/86)  In March of 1986, I returned to Italy on a verbal contract agreement
                       with the Castiglione Della Pescaia Baseball Club. After two months
                       of contract talks, we were unable to reach a 100% mutual agreement,
                       when I decided to take another job in Alaska.
        (1/88 - 5/88)  Student at California State University, Long Beach.
        (1/90 - 5/91)  Student at California State University, Long Beach.

No. 36  Honors in firearms proficiency, Law Enforcement Academy, Glynco, GA 8/15/91.
        Honors in physical efficiency (battery test), Law Enforcement Academy, Glynco, GA -
        8/15/91.
        Special Operations Response Team training and maneuvers, Federal Correctional -
        Institution, Phoenix, Arizona, 5/13/94.
```

**SIGNATURE, CERTIFICATION, AND RELEASE OF INFORMATION**

**YOU MUST SIGN THIS APPLICATION.** Read the following carefully before you sign.
A false statement on any part of your application may be grounds for not hiring you, or for firing you after you begin work. Also, you may be punished by fine or imprisonment (U.S. Code, Title 18, Section 1001).

- I **understand** that any information I give may be investigated as allowed by law or Presidential order;
- I **consent** to the release of information about my ability and fitness for Federal employment by *employers, schools, law enforcement agencies and other individuals and organizations*, to *investigators, personnel staffing specialists, and other authorized employees of the Federal Government*
- I **certify** that, to the best of my knowledge and belief, all of my statements are true, correct, complete, and made in good faith

48. SIGNATURE *(Sign each application in dark ink)*
    *[signed] Frank Cordarella*

49. DATE SIGNED *(Month, day, year)*
    11-20-95

Page 4    This is an 'official' document generated from the EHRI eOPF system.   *Government Printing Office 1988—201-760/80063*

US000245