ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SEKRET T. SNEED (State Bar No. 217193)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3551
    Facsimile: (213) 894-7819
    E-mail: sekret.sneed@usdoj.gov

Attorneys for Defendant
JANET NAPOLITANO, as Secretary of the
Department of Homeland Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANK JOSEPH CARDERELLA,<br><br>    Plaintiff,<br><br>    v.<br><br>JANET NAPOLITANO, as Secretary of the Department of Homeland Security,<br><br>    Defendant. | No. CV09-8299 R (MANx)<br><br>DEFENDANT'S AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION<br><br>Date: September 20, 2010<br>Time: 10:00 a.m.<br>Ctrm: Spring Street Courthouse<br>    312 N. Spring Street, Ctrm 8<br>    Los Angeles, California 90012<br><br>Final Pre-trial Conf.: September 20, 2010<br>Trial: October 19, 2010<br><br>[Filed concurrently with Declarations of Beverly K. Wilson, Linda M. Smithson, Robert L. Turner and AUSA Sekret T. Sneed]<br><br>[Fed. R. Civ. Proc. 56]<br><br>Honorable Manuel L. Real |

TO THE PLAINTIFF AND TO HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 20, 2010, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8 of the above entitled-court located at the Spring Street Courthouse, 312 North Spring Street[1], Los Angeles, California 90012, the Honorable Manuel L. Real presiding, defendant Janet Napolitano, in her official capacity as Secretary of the Department of Homeland Security ("Defendant"), will, and hereby does, move this Court for summary judgment against plaintiff Frank Joseph Carderella ("Plaintiff").

This Motion is brought pursuant to Rule 56(a) of the Federal Rules of Civil Procedure on the grounds that Defendant is entitled to summary judgment against Plaintiff because Plaintiff cannot set forth evidence sufficient to establish that similarly situated applicants outside of Plaintiff's protected class were treated more favorably than him so as to establish a *prima facie* case of discrimination in violation of Title VII of the Civil Rights Act of 1964, *as amended*, 42 U.S.C. 2000e-16 *et seq.* ("Title VII").

Alternatively, if for any reason summary judgment cannot be rendered on the whole action, Defendant will, and hereby does, move this Court pursuant to Rule 56(d) of the Federal Rules of Civil Procedure for an order adjudicating that there is no genuine issue as to any of the following material facts and that the final judgment in this action shall, in addition to any matters determined at trial, award judgment as established by such adjudication:

(1) Defendant did not discriminate against Plaintiff on the basis of his race in violation of Title VII;

(2) Defendant did not discriminate against Plaintiff on the basis of his national origin in violation of Title VII;

---

[1] Defendant files this Amended Notice to correct the street address in the original Notice of Motion for Summary Judgment filed on August 18, 2010 [DE#10].

  (3) Defendant did not discriminate against Plaintiff on the basis of his religion in violation of Title VII; and,

  (4) Defendant did not discriminate against Plaintiff on the basis of his sex in violation of Title VII.

  This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the concurrently filed Proposed Separate Statement of Uncontroverted Facts and Conclusions of Law, the concurrently filed Declarations of Beverly Wilson, Linda M. Smithson, Robert L. Turner and AUSA Sekret T. Sneed, the pleadings, records and files in this action, and such other evidence and argument as may be presented at the time of hearing.

Dated: August 19, 2010   Respectfully submitted,

           ANDRÉ BIROTTE JR.
           United States Attorney
           LEON W. WEIDMAN
           Assistant United States Attorney
           Chief, Civil Division

            /s/
           SEKRET T. SNEED
           Assistant United States Attorney

           Attorneys for Defendant
           JANET NAPOLITANO, as Secretary of the
           Department of Homeland Security