John A. Stillman, Esq., State Bar No. 43731
Heidi Stilb Lewis, Esq., State Bar No. 98046
GOOD, WILDMAN, HEGNESS & WALLEY
5000 Campus Drive
Newport Beach, California 92660
Telephone (949) 955-1100
Facsimile: (949) 833-0633

Attorneys for Plaintiff
Frank Joseph Carderella

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| FRANK JOSEPH CARDERELLA,<br>        Plaintiff,<br><br>        vs.<br><br>JANET NAPOLITANO, as Secretary<br>of the Department of Homeland<br>Security<br><br>        Defendant. | Case  No. CV 09-8299-R (MANx)<br><br>**DECLARATION OF FRANK JOSEPH CARDERELLA IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY SUMMARY ADJUDICATION** |

1.    I am the Plaintiff in the above-referenced matter.  I have personal knowledge of the foregoing and if called as a witness, I could and would testify competently thereto.

1

2.     I am a white Catholic male of Italian descent and provided such information, as requested, on the United States Government job application form.

3.     I worked for the United States Bureau of Prisons from 1991-1996 as a Correctional Officer and as a Case Manager.  Both of these positions were and are classified as Law Enforcement Officers for retirement purposes which allowed me to be eligible to receive the benefits of a specific law enforcement retirement plan. Positions that allow the occupier of such positions to be eligible for such specific retirement plans are commonly referred as "covered" positions.

4.     In November 1995, I applied at the U.S. Immigration and Naturalization Service  ("INS") for the position of Deportation Enforcement Officer ("DEO") in Los Angeles, California and received a telephonic interview in May 1996 with Rafael Roldan (Hispanic, Caribbean/South American national origin, a male, a Roman Catholic), deportation officer, GS1801-12, Detention and Deportation Branch, L.A. District, and with Denise Lopez (Black, U.S. national origin, female, nondenominational), deportation officer, GS1801-12, Detention and Deportation Branch, L.A. District.  The interview consisted of only job and performance related questions.  I am informed and believe and based on such information and belief allege that Mr. Roldan and Ms. Lopez recommended me for the subject position. While this application was being considered, I was hired by INS as an Immigration Inspector, which was not a Law Enforcement Officer "covered" position, and was assigned to the San Ysidro Port of Entry, at the U.S./Mexico border.

5.     A DEO is a "covered" position and I was willing to take a pay cut in order to qualify for that "covered" position.

6     On September 15, 1996, the selecting official, Beverly Wilson (Black, U.S. national origin, female, nondenominational), Deputy Assistant District Director for Detention and Deportation, GS-14, L.A. District office, did not select me for the position because of my race (white), religion (Catholic), sex (male), and

DECLARATION OF FRANK JOSEPH CARDERELLA

national origin (Italian), but selected at least one other applicant for the position. U.S. Immigration and Customs Enforcement, formerly the INS denied me the position of DEO GS-7, and continued to deny me this position for some time.

       7.    As of September 15, 1996, and at all times herein mentioned, I was in all respects qualified for the position of DEO based on the following:

      a.    Bachelor of Arts Degree (Physical Education), California State University, Long Beach, Ca.  (May 1988).

      b.    Masters of Science Degree (Criminal Justice), California State University, Long Beach, Ca.  (December 1992

      c.    Correctional Officer, Federal Bureau of Prisons, Federal Correctional Institution (FCI), Terminal Island, California. 6/91-3/94, GS-7/3;

      d.    Case Manager, Federal Bureau of Prisons, FCI Terminal Island, California, 3/93-2/96, GS-11/1;

      e.    Special Operations Response Team (S.O.R.T.), Federal Bureau of Prisons, FCI, Terminal Island, California, 9/93-2/96, GS-11/1;

      f.    Completion of the Immigration Officer Basic Training Course Phase I. Federal Law Enforcement Training Center, Charleston, South Carolina, June 1996.

      g.    Completion of the Immigration Officer Basic Training Course Phase II. Federal Law Enforcement Training Center, Glynco, Georgia, September 1996.

      h.    Immigration Inspector, U.S. Immigration and Naturalization Service, March 1996-December 1997, GS-11/1, San Ysidro, California (Port of Entry);

       8.    Without applying, I was offered the position of Special Operations Inspector, Los Angeles International Airport in September 1997.  This was basically the equivalent of a supervisory position, but was turned down by me

DECLARATION OF FRANK JOSEPH CARDERELLA

because the assignment was not to a "covered position."

9.    On September 25, 1996, I made my first contact with an Equal Employment Opportunity counselor regarding discrimination. On January 29, 1997, I filed a complaint of discrimination with the U.S. Department of Justice-Immigration and Naturalization Service-Office of Equal Employment Opportunity (hereinafter the "Complaint"). A true and correct copy of this written Complaint is attached hereto as Exhibit A and incorporated herein by reference as though set forth in full. That Complaint was timely filed, under Title VII of the United States Civil Rights Act of 1964, as amended, Title 42 United States Code 2000e-5.

10.    By letter dated April 24, 1997, the U.S. Department of Justice-Immigration and Naturalization Service-Office of Equal Employment Opportunity acknowledged receipt of the Complaint noting it has been assigned number I-97-0109 and had been accepted for investigation on the basis of race (white), religion (Catholic), sex (male) and national origin (Italian). A true and correct copy of the letter of said date is attached hereto as Exhibit B and incorporated herein by reference as though set forth in full.

11.    An investigation was conducted on the Complaint and, based upon that investigation, a report was issued on or about December 14, 1998, a true and correct copy of which is attached hereto as Exhibit C and incorporated herein by reference as though set forth in full.

12.    On or about December 29, 1998, I received, from the US Department of Justice Immigration and Naturalization Service Office of Equal Employment Opportunity, notice of the right within 30 days of receipt of such correspondence to request a hearing or a final agency decision without a hearing based on the existing Complaint. A true and correct copy of the December 29, 1998 letter is attached hereto as Exhibit D and incorporated herein by reference as though set forth in full.

4

13.   On January 24, 1999, in response to said letter, I notified in writing The Acting Director of Office of Equal Employment Opportunity US Immigration and Naturalization Service of my request for a final agency decision without a hearing.   True and correct copies of the January 24, 1999 letter requesting a final decision without hearing together with proof of mailing and a receipt are attached hereto as Exhibit E and incorporated herein as though set forth in full.

14.   By letter dated December 18, 2007 my attorney John A. Stillman (hereinafter "Mr. Stillman") of Good Wildman Hegness & Walley, advised US Immigration and Customs Enforcement EEO Complaints Program Management Office-Twin Cities (Judy Maltby) that I had not received any response whatsoever to my January 29, 1999 request for a final decision without hearing.   True and correct copies of Mr. Stillman's December 18, 2007 letter with proof of mailing and a receipt are attached hereto as Exhibit F and incorporated by reference herein as though set forth in full.

15.   By letter dated August 1, 2008, Mr. Stillman received a letter from Ramona S. Hill, acting EEO Manager, Formal Complaint Center Office of Equal Employment Opportunity for US Immigration and Customs Enforcement, a true and correct copy of which is attached hereto as Exhibit G and incorporated herein by reference as though set forth in full, wherein Ms. Hill informed Mr. Stillman that the office is unable to locate my Complaint and requested that I submit a copy of the report of investigation generated in my claim as well as any other relevant documentation within 15 calendar days of the August 1, 2008 letter, to Gerald Rock, Contract EEO Specialist, U.S. Immigration and Customs Enforcement Office of Equal Employment Opportunity Formal Complaint Center. In response, by letter dated August 12, 2008 I forwarded to Gerald Rock, my letter of representation, a copy of the report of investigation and other relevant documentation.   True and correct copies of the August 12, 2008 letter with

DECLARATION OF FRANK JOSEPH CARDERELLA

evidence of receipt are attached hereto as Exhibit H. and incorporated herein by reference as though set forth in full.

16.    On September 8, 2008, both my attorney and I were copied with a memo from Ramon S. Hui, Acting EEO Manager to Daniel Sutherland Officer for Civil Rights and Civil Liberties Department of Homeland Security, instructing Mr. Sutherland, "Pursuant to Complainant's request dated January 24, 1999, please issue a final agency decision (F.A.D.) on the legacy Department of Justice (DOJ), Immigration and Naturalization Service discrimination complaint captured above." A true and correct copy of the September 8, 2008 memorandum is attached hereto as Exhibit I and incorporated herein by reference as though set forth in full.

17.    On January 15, 2009, Mr. Stillman informed Stephen T. Shih.Esq. Deputy Officer Equal Employment Opportunity Program Office for Civil Rights and Civil Liberties that I had still not received any final decision without hearing on my discrimination Complaint. Mr. Stillman provided me with a copy of the January 15, 2009 letter.  A true copy of which is attached hereto as Exhibit J and incorporated herein by reference as though set forth in full.

18.    On August 7, 2009, Mr. Stillman wrote to the Department of Homeland Security and in particular to Stephen T. Shih. Esq. Deputy Officer, Equal Employment Opportunity Program, Office for Civil Rights and Civil Liberties to inquire as to the status of the Final Agency Decision and was advised by letter dated October 2, 2009 that a decision would be issued as soon as possible. Mr. Stillman provided me with copies of this correspondence.  True and correct copies of the August 7th letter and the October 2nd response is attached hereto as Exhibit K and Exhibit L and incorporated herein by reference as though set forth in full.

19.    As of the date of filing of this Declaration, I still have not received a final decision without hearing on my discrimination Complaint.

6

DECLARATION OF FRANK JOSEPH CARDERELLA

20.     The INS's non-selection of me for the position of DEO has caused me losses of retirement credits, pension rights and other benefits from the date of September 15, 1996 until paid.

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this *30th* of August of 2010.

FRANK JOSEPH CARDERELLA