1    JS-6

2

3

4

5

6

7

8

9                UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12

| | |
|---|---|
| FRANK JOSEPH CARDERELLA, | No. CV09-8299 R (MANx) |
| Plaintiff, | JUDGMENT RE: DEFENDANT JANET NAPOLITANO'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| JANET NAPOLITANO, as Secretary of the Department of Homeland Security, | |
| Defendant. | [Fed. R. Civ. Proc. 56; Local Rule 56-1] |
| | Honorable Manuel L. Real |

1    Having considered the Motion for Summary Judgment of defendant Janet

2  Napolitano, in her official capacity as Secretary of the Department of Homeland

3  Security ("Defendant"), the pleadings, and evidence and oral argument presented in

4  support of, and in opposition to, the Motion, and in accordance with the Statement of

5  Uncontroverted Facts and Conclusions of Law entered herein,

6    IT IS HEREBY ADJUDGED AND DECREED that Defendant's Motion for

7  Summary Judgment be granted and judgment is hereby entered in favor of Defendant.

9  Dated: Sept. 20, 2010

_____
    HONORABLE MANUEL L. REAL
    UNITED STATES DISTRICT COURT JUDGE

15  Respectfully submitted,

16  ANDRÉ BIROTTE JR.
    United States Attorney
17  LEON W. WEIDMAN
    Assistant United States Attorney
18  Chief, Civil Division

20  _____/s/_____
    SEKRET T. SNEED
21  Assistant United States Attorney

22  Attorneys for Defendant
    JANET NAPOLITANO, in her official
23  capacity as Secretary of the Department of
    Homeland Security

1