John A. Stillman, Esq. (SBN 43731)
Heidi Stilb Lewis, Esq. (SBN 98046)
GOOD, WILDMAN, HEGNESS & WALLEY
5000 Campus Drive
Newport Beach, California 92660
Telephone (949) 955-1100
Facsimile: (949) 833-0633

Attorneys for Plaintiff/Appellant Frank Joseph Carderella

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| FRANK JOSEPH CARDERELLA,<br><br>Plaintiff/Appellant<br><br>vs.<br><br>JANET NAPOLITANO, as Secretary of the Department of Homeland Security,<br><br>Defendant/Appellee. | No.<br>Dist. Court No. CV 09-8299-R (MANx)<br><br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT |

FRANK JOSEPH CARDERELLA, the plaintiff herein (or simply "Plaintiff")

appeals to the United States Court of Appeal for the Ninth Circuit from the final

---
1
NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR
THE NINTH CIRCUIT

judgment of the district court, entered in this case on September 20, 2010.

///

Dated: October 14, 2010          GOOD, WILDMAN, HEGNESS & WALLEY

By: _____
John A. Stillman, Attorneys for Plaintiff,
Frank Joseph Carderella